IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dan Frazier,                              )<br>                                                    )<br>            Plaintiff,                       )<br>                                                    )<br>vs.                                                )<br>                                                    )<br>                                                    )<br>Patricia J. Boomsma, in her official)<br>capacity as the City Attorney of the City of)<br>Flagstaff, Arizona; Terence Hance, in his)<br>official capacity as the Coconino County)<br>Attorney, Arizona; Terry Goddard, in his)<br>official capacity as the Attorney General)<br>of the State of Arizona; John and Jane)<br>Does, 1-50, individually and in their)<br>official capacity as city or county attorneys)<br>in Arizona; John and Jane Does 51-3551,)<br>citizens provided a private right of action)<br>against Plaintiff in Senate Bill 1014,       )<br>                                                    )<br>            Defendants.                    )<br>                                                    )<br>_____) | CR 07-CV-8040-PCT-NVW<br><br>**ORDER** |

     A final judgment was entered in this case on August 20, 2008, and no appeal was taken. (Doc. # 102.) A stipulated final judgment on attorney fees was entered on January 16, 2009, and again no appeal was taken. (Doc. # 113.) The parties have now submitted a Stipulation for Dismissal of Patricia J. Boomsma With Prejudice (doc. # 114), which states that a settlement for attorney fees has been reached and that all claims against Defendant Boomsma in her official capacity as City Attorney of the City of Flagstaff are to be dismissed. The stipulation comes far too late. *See United States Bancorp Mortg.*

1 *Co. v. Bonner Mall P'ship*, 513 U.S. 18, 29 (1994) ("We hold that mootness by reason of
2 settlement does not justify vacatur of a judgment under review."). The Court adjudicated
3 this case on its merits, and no justification is given for vacating the judgment on the
4 merits. Plaintiff may file a satisfaction of the January 16, 2009 judgment for attorney fees
5 if it has been paid or otherwise released as to Defendant Boomsma.

6       IT IS THEREFORE ORDERED that the Stipulation for Dismissal of Patricia J.
7 Boomsma With Prejudice (doc. # 114) is denied.

8       DATED this 24th day of February, 2009.

_____
Neil V. Wake
United States District Judge

- 2 -